UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-23728-CIV-MARTINEZ-BECERRA

PAULETTE NICOLE HIGGINS,

    Plaintiff,

v.

MIAMI DADE HOMELESS TRUST, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Subsequent Motion to Reopen, (ECF No. 76), and Plaintiff's Emergency Motion for Restraining Order & Hearing Due to Gun Shot, (ECF No. 77). Magistrate Judge Becerra filed a Report and Recommendation, (ECF No. 79), recommending that both motions be denied. The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation (ECF No. 79), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Plaintiff's Subsequent Motion to Reopen, (ECF No. 76), is **DENIED**.
2. Plaintiff's Emergency Motion for Restraining Order & Hearing Due to Gun Shot, (ECF No. 77), is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of June, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
Paulette Nicole Higgins, *pro se*